UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TAMMY LYNN SCOTT**,                        Case No. 3:14-cv-01693-KI

        Plaintiff,                        JUDGMENT

  v.

**CAROLYN COLVIN, Acting**
**Commissioner of Social Security**,

        Defendant.


    Merrill Schneider
    Schneider Kerr & Gibney Law Offices
    P.O. Box 14490
    Portland, Oregon 97293

        Attorney for Plaintiff

    Billy J. Williams
    Acting United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, Oregon 97201-2902

Heather L. Griffith
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this   23rd   day of November, 2015.

      /s/ Garr M. King
    Garr M. King
    United States District Judge